# United States District Court
## Southern District of Georgia

ROBERT LEE NORFLEET, SR.,

    Appellant,

v.

FULCHER EXCHANGE, LLC,

    Appellee.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 118-015
(Bankr. Case No. 17-11945)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated April 10, 2018, Appellant's notice of appeal with regards to an Order issued by the United States Bankruptcy Court for the Southern District of Georgia (Case No. 17-11945) is hereby dismissed with prejudice. All motions and deadlines are terminated and this case stands closed.

4/10/2018
*Date*

Scott L. Poff
*Clerk*

*(signature)* Jamie Hodge
*(By) Deputy Clerk*